# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Young Hee Park** <br><br> Plaintiff, <br><br> vs. <br><br> **Chapman-Arc LLC**, a California limited liability company; and Does 1-10 inclusive, <br><br> Defendants. | Case No.: CV 19-4789-DMG (FFMx) <br><br> **ORDER RE DISMISSAL OF ACTION** **[14]** |

The Court having considered the parties' stipulation, and good cause appearing therefor, orders as follows:

1. The above-captioned action is dismissed with prejudice as against Defendant Chapman-Arc LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and

2. The parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: August 15, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE